1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiff, Edna G. Rippe

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )    **CASE NO.  C06-2955 (CRB)**
    **IN RE: BEXTRA AND CELEBREX**    )
14  **MARKETING SALES PRACTICES AND** )    **MDL NO. 1699**
    **PRODUCT LIABILITY LITIGATION**  )    **District Judge:  Charles R. Breyer**
15  _____ )
                                      )
16  **EDNA G. RIPPE,**                )
                                      )
17           **Plaintiff,**           )    **STIPULATION AND ORDER OF**
                                      )    **DISMISSAL WITH PREJUDICE**
18  **vs.**                           )
                                      )
19                                    )
    **G.D. SEARLE & CO., PHARMACIA**  )
20  **CORPORATION; MONSANTO**         )
    **COMPANY, a Delaware corporation;** )
21  **PFIZER, INC., a Delaware**      )
    **corporation,**                  )
22                                    )
                                      )
23           **Defendants.**          )
                                      )
24  _____ )

25

26

27        Come now the Plaintiff, **EDNA G. RIPPE** and Defendants, by and through the

28  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

                                      -1-

    ─────────────────────────────────────────────────────────
                **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42531961.1

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

2  fees and costs.

3

4

5  DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

6                                 By: _Mark P. Robinson, Jr._

7                                 MARK P. ROBINSON, JR.
                                   Attorneys for Plaintiff, Edna G. Rippe
8

9  DATED:  Oct. 22  , 2009         DLA PIPER LLP (US)

10

11                                 By:  /s/
                                        Matt Holian
12                                 Attorneys for Defendants

13

14

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

16

17  Dated:  **OCT 2 8** 2009

18                                 Hon. Charles R. Breyer
                                   United States District Court
19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1